429 A.2d 107

Laborers International Union, Appellant, v.
Atlas Railroad.

Argued April 16, 1980. George Levin, for appellant; Robert L. Leisler, for appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

CAVANAUGH, J., filed a memorandum dissenting statement.